# Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | zhengzhouxihuixinxikejiyouxiangongsi | Exh. 2 - part 1.pdf | 3 |

DEF NO.: 1, STORENAME: zhengzhouxihuixinxikejiyouxiangongsi

STOREURL: amazon.com/sp?seller=A1FK8DYA64WQS6

3

| 7,972,047 7,972,035 7,972,034 | SCHRUTE FARMS |
|---|---|



DEF NO.: 1, STORENAME: zhengzhouxihuixinxikejiyouxiangongsi                    4
STOREURL: amazon.com/sp?seller=A1FK8DYA64WQS6



DEF NO.: 1, STORENAME: zhengzhouxihuixinxikejiyouxiangongsi    5
STOREURL: amazon.com/sp?seller=A1FK8DYA64WQS6

